SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
Telephone: 408.279.2288
Facsimile: 408.279.2299
Attorneys for Plaintiff
SHIRLEY GRANTHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY GRANTHAM, | CASE NO. 3:12-cv-01960-MEJ |
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | NOTICE OF SETTLEMENT |
| Defendants. | |

**TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:**

**PLEASE TAKE NOTICE THAT** plaintiff Shirley Grantham and defendant Bank of America, N.A. (collectively, the "Parties"), by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.

Case3:12-cv-01960-MEJ Document22 Filed01/07/13 Page2 of 2

1 | The Parties respectfully request that all pending dates be vacated.

Respectfully submitted,

Dated: January 4, 2013  **REED SMITH LLP**

By: /s/ Raymond Kim
    Abraham Colman, Esq.
    Raymond Kim, Esq.
    Attorneys for Defendant
    Bank of America, N.A.

Dated: January 4, 2013  **SAGARIA LAW, P.C.**

By: /s/ Elliot Gale
    Scott Sagaria
    Elliot Gale
    Attorneys for Plaintiff
    Shirley Grantham



```
All pending deadlines are
VACATED.  The parties shall
file a dismissal of this action
once the settlement has been
finalized.
1/7/2013
```

NOTICE OF SETTLEMENT - 2