1  SCOTT J. SAGARIA (SBN 217981)
   sjsagaria@sagarialaw.com
2  ELLIOT W. GALE (SBN 263326)
   egale@sagarialaw.com
3  **SAGARIA LAW, P.C.**
4  333 West San Carlos Street, Suite 1750
   San Jose, CA 95110
5  Telephone:  408.279.2288
6  Facsimile:  408.279.2299
   Attorneys for Plaintiff
7  SHIRLEY GRANTHAM

8
9              **UNITED STATES DISTRICT COURT**
10   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11
12  SHIRLEY GRANTHAM,                    )   CASE NO.  3:12-cv-01960-MEJ
                                         )
13              Plaintiff,               )
                                         )
14  vs.                                  )
                                         )
15  BANK OF AMERICA, NATIONAL            )   NOTICE OF SETTLEMENT
16  ASSOCIATION an FDIC insured corporation )
    and DOES 1 through 100 inclusive,    )
17                                       )
                                         )
18              Defendants.              )
                                         )
19                                       )
                                         )
20  _____

21  **TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:**

22          **PLEASE TAKE NOTICE THAT** plaintiff Shirley Grantham and defendant Bank of

23  America, N.A. (collectively, the "Parties"), by and through their respective counsel of record,

24  have reached a settlement in principle of the above captioned case and are in the process of

25  documenting said settlement.

26
27
28

1    The Parties respectfully request that all pending dates be vacated.

2                                    Respectfully submitted,

3

4    Dated:  January 4, 2013          **REED SMITH LLP**

5

6                                    By:  /s/ Raymond Kim
                                         Abraham Colman, Esq.
7                                        Raymond Kim, Esq.
                                         Attorneys for Defendant
8                                        Bank of America, N.A.

9

10

11

12   Dated:  January 4, 2013          **SAGARIA LAW, P.C.**

13

14                                   By:  /s/ Elliot Gale
                                         Scott Sagaria
15                                       Elliot Gale
                                         Attorneys for Plaintiff
16                                       Shirley Grantham

17

18

19                                        All pending deadlines are
                      VACATED.  The parties shall
20                                        file a dismissal of this action
                                          once the settlement has been
21                                        finalized.
                                          1/7/2013
22

23

24

25

26

27

28