SCOTT J. SAGARIA (CA # 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (CA # 263326)
Egale@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham J. Colman (CA # 146933)
acolman@reedsmith.com
Raymond S. Kim (CA # 251210)
rshah@reedsmith.com
**REED SMITH LLP**
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000; Facsimile: 213.457.8080

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY GRANTHAM,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　　Defendants. | Case No.: 3:12-cv-01960-MEJ<br><br>STIPULATED REQUEST FOR DISMISSAL |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　　　Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

|   |   |
|---|---|
|   | **Sagaria Law, P.C.** |
| Dated:   February 12, 2013 | /s/ Elliot Gale |
|   | Scott Sagaria, Esq.<br>Elliot Gale, Esq.<br>Attorneys for Plaintiff |
|   | **ReedSmith LLP.** |
| Dated: February 8, 2013 | /s/ Raymond Kim<br>Abraham Colman, Esq.<br>Raymond Kim, Esq. |

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: February 19, 2013

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATED REQUEST FOR DISMISSAL - 2